UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY WOODROW TANKSLEY,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY POLICE DEPT., et al.,<br><br>Defendants. | No. 2:18-cv-3102 KJN P<br><br><br><br>ORDER |

Plaintiff is a former county jail inmate, who filed a civil rights action under 42 U.S.C. § 1983, and is proceeding without counsel. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $50.00 administrative fee.[1] See 28 U.S.C. §§ 1914(a), 1915(a). On January 25, 2019, the undersigned recommended this action be dismissed based on plaintiff's failure to comply with the December 6, 2018 order requiring plaintiff to either pay the filing fee or file an application to proceed in forma pauperis. Plaintiff's copy of the findings and recommendations was returned as undeliverable. However, on March 14, 2019, plaintiff filed a request that included a notice that his address has changed. But plaintiff

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $50.00 administrative fee.

1

did not pay the court's filing fees or file an application to proceed in forma pauperis, or otherwise respond to the court's prior orders. Because it appears plaintiff has been released from custody, the court will grant plaintiff one final extension of time in which to either pay the court's filing fees totaling $400.00, or to file an application to proceed in forma pauperis. Plaintiff is advised that the court cannot address substantive requests unless and until plaintiff complies with the December 6, 2018 order.

Plaintiff is cautioned that the findings and recommendations are held in abeyance pending his compliance with the December 6, 2018 order. Should plaintiff fail to timely pay the court filing fees or timely file a completed in forma pauperis application form, the findings and recommendations will be forwarded to the district court for review and adoption, resulting in the dismissal of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall change plaintiff's address of record to 400 Bannon Street, Sacramento, CA 95811 (ECF No. 7 at 1);

2. Plaintiff shall submit, within thirty days from the date of this order, an application to proceed in forma pauperis on the form provided by the Clerk of Court, or shall pay the required fees in the amount of $400.00; plaintiff's failure to comply with this order will result in the January 25, 2019 findings and recommendations being forwarded to the district court for review and adoption; and

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: March 27, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/tank3102.ext